IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01141-GPG

FREDERICK BANKS,

    Plaintiff,

v.

TIMOTHY PIVNICHNY, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Frederick Banks, initiated this action by filing *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 3).  On June 2, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Banks to cure certain deficiencies if he wished to pursue any claims.  Specifically, Magistrate Judge Gallagher directed Mr. Banks to file an amended complaint and an amended motion seeking leave to proceed *in forma pauperis* on the proper forms as required by the local rules for the District of Colorado.  Mr. Banks was warned that the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days.

Mr. Banks has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's June 2 order.  Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Banks failed to prosecute and cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 3) is denied as moot.

DATED at Denver, Colorado, this  8th  day of   July  , 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court